836

petitioner. *Robert S. Sams* for respondent.

No. 264. INTERSTATE COMMERCE COMMISSION *v.* ALLEN E. KROBLIN, INC. C. A. 8th Cir. Certiorari denied. *Edward M. Reidy* and *Allen Crenshaw* for petitioner. *Harry M. Reed* for respondent.

No. 265. BAYSEK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph A. Rossi* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 266. HESS ET AL. *v.* DEWEY, COMMISSIONER OF TAXATION OF ALASKA. C. A. 9th Cir. Certiorari denied. *H. L. Faulkner* for petitioners.

No. 267. NEW YORK LIFE INSURANCE CO. *v.* JOHNSON, ADMINISTRATOR. C. A. 7th Cir. Certiorari denied. *Harold D. Burgess* and *William F. Columbus* for petitioner.

No. 268. VAUGHAN *v.* BRANDON, BRANDON, HORNSBY & HANDY ET AL. C. A. 5th Cir. Certiorari denied.

No. 269. SPRECKELS *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Isaac E. Ferguson, Daniel Schnabel* and *Royal M. Galvin* for petitioner.

No. 272. ANDERSON ET AL. *v.* McKAY, SECRETARY OF THE INTERIOR. United States Court of Appeals for